1  **WO**

2

3

4

5

6          **IN THE UNITED STATES DISTRICT COURT**

7          **FOR THE DISTRICT OF ARIZONA**

8

9

10  Robert Tripi,                              )    No. CV-05-1261-PHX-DGC
                                               )
11          Plaintiff,                         )    **ORDER**
                                               )
12  vs.                                        )
                                               )
13                                             )
    Mesa Airlines, Inc.; Mesa Air Group, Inc.;)
14  and Regional Services, Inc.,               )
                                               )
15          Defendant.                         )
                                               )
16  _____  )

17

18

19          Pending before the Court is Plaintiff's motion to amend complaint filed on August

20  12, 2005.  Doc. #28.  Plaintiff seeks to file an amended complaint that adds two state law

21  claims to the federal law claim alleged in the original complaint. *Id.* at 1-2, Ex. A.  Defendant

22  has not filed a response to the motion.  The Court will grant the motion because it was

23  timely filed under the Court's scheduling order, *see* Doc. #25 ¶ 2, the Court has

24  supplemental jurisdiction over the proposed claims because they relate to the federal claim

25  alleged in the original complaint, *see* 28 U.S.C. § 1367(a), and the proposed claims do not

26  appear to be futile, *see Foman v. Davis*, 371 U.S. 178, 182 (1962).

27          **IT IS ORDERED:**

28          1.      Plaintiff's motion to amend complaint (Doc. #28) is **granted**.

2.      Plaintiff shall file the proposed amended complaint by **November 10, 2005.**

DATED this 31st day of October, 2005.

_____
David G. Campbell
United States District Judge

- 2 -